UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOINT TECHNOLOGY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-MC-31 |
| ) | (PHILLIPS/GUYTON) |
| V. ) | |
| ) | |
| GARY KENT WEAVER, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636 and the Rules of this Court. Counsel for the parties and movants have represented to the chambers of the undersigned that the issues pending before this Court have been resolved. Accordingly, the Court finds that the Motion to Quash Subpoenas Duces Tecum **[Docs. 4, 5, 21]** are moot, and they are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge